**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nikita Korenkov

Plaintiff,

v.

Case No.:
1:26–cv–05578

Honorable Elaine E.
Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2026:

    MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' motion for leave to file under seal [12]; Plaintiff's motion to exceed page limitation [12]; Plaintiffs' Ex Parte motion for entry of temporary restraining order, including a temporary injunction, a temporary asset restraint, expedited discovery, and service of process by email and/or electronic publication [14] are granted. Enter Sealed Temporary Restraining Order. Because the temporary restraining order will expire on 6/11/2026, any motion for preliminary injunction or to extend the temporary restraining order must be filed by no later than 6/4/2026. JiangIP, LLC is ordered to add all defendant names listed in the Schedule A to the docket within three business days of the expiration of the TRO. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. The case is set for a status hearing on 7/14/2026 at 9:45 a.m. (to track the case only, no appearance is required). By 7/7/2026, plaintiff is to file a status report regarding the status of service of process, settlement discussions, and any further information that plaintiff wishes to bring to the Court's attention. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.