**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NIKITA KORENKOV,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-05578

Judge Elaine E. Bucklo

Magistrate Judge Daniel P. McLaughlin

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that on Thursday, June 11, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means, before the Honorable Elaine E. Bucklo, of the

U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion to Extend

The Temporary Restraining Order.

     This notice is for tracking purposes only.

DATED: June 4, 2026

Respectfully submitted,

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 4, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt

2