

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                        **312-435-5670**
**Clerk**

Date:                                                    Case Number:

Case Title:                                              Judge:

## DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

❑        Sealed or restricted document. (A court order is required to view a sealed or restricted
         document.)

❑        Too voluminous.

❑        Photographs

❑        Civil bond (A court order is required to view a financial document.)

❑        Criminal bond (A court order is required to view a financial document.)

❑        Miscellaneous (MC) case

❑        Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's

Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal

holidays. To obtain a copy call the Clerk's Office Copy Desk at  312-435-5699.

                                        Thomas G. Bruton, Clerk

                                        By: /s/
                                             Deputy Clerk

Rev. 11/29/2016