**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nikita Korenkov

                    Plaintiff,

v.

                                            Case No.:
1:26−cv−05578

                                              Honorable Elaine E.
Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

       MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to
extend the temporary restraining order [22] is granted to 6/25/2026. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.