**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NIKITA KORENKOV,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05578

Judge Elaine E. Bucklo

Magistrate Judge Daniel P. McLaughlin

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, NIKITA KORENKOV ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Nikita Korenkov and any email addresses provided for Defendants by third parties that includes a link to said website.

3.      I hereby certify that on June 18, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Minute Entry [18], Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), Temu, LLC

("Temu"), and Roadget Business Pte. Ltd. ("SHEIN") marketplaces, as identified and provided for Defendants by third parties.

4. I hereby certify that on or before June 18, 2026, I electronically published the Complaint, TRO, Minute Entry [18], and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction on said website.

5. I hereby certify that on June 18, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Minute Entry [18], Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon, Temu, and SHEIN marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2026.

/s/ Keith A. Vogt
Keith A. Vogt
*Counsel for Plaintiff*

2