**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NIKITA KORENKOV,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-05578

Judge Elaine E. Bucklo

Magistrate Judge Daniel P. McLaughlin

**STATUS REPORT**

Pursuant to Minute Entry Order [18], Plaintiff, NIKITA KORENKOV, ("Plaintiff"), files this status report solely on behalf of Plaintiff regarding the status of service of process and settlement discussions.

On June 18, 2026, Plaintiff properly served the Defendants in this case pursuant to paragraph 7 of the Temporary Restraining Order [19]. A summons returned executed was filed on the same day. [29]. Plaintiff has recently settled with several defendants. These defendants will be dismissed in the coming days.

Plaintiff intends to file a motion for entry of default and default judgment at the appropriate time against any defendants who remain in the case after Defendants' deadline to answer passes. The defendants who have settled and been dismissed will be excluded from any default motion.

DATED:  July 7, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 7, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt